IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE ROBERSON,

    Petitioner,                      No. CIV S-11-0386 EFB P

    vs.

PEOPLE OF THE STATE OF CALIFORNIA,

    Respondent.                    ORDER

_____/

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On March 2, 2011, petitioner filed a motion to amend his petition. Dckt. No. 5. Under Federal Rule of Civil Procedure 15(a)(1), petitioner is entitled to amend his petition once as a matter of course, as his motion to amend was filed within 21 days of the filing of the original petition and, further, as no responsive pleading has yet been filed.

      Accordingly, it is ORDERED that petitioner's March 2, 2011 motion for leave to file an amended petition is granted, and petitioner shall have 30 days from the date this order is served to file a first amended petition.

Dated: March 7, 2011.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE