1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CLARENCE ROBERSON,

11             Petitioner,                    No. CIV S-11-0386 EFB P

12        vs.

13   PEOPLE OF THE STATE OF
     CALIFORNIA,
14
              Respondent.              <u>ORDER</u>
15   _____/

16        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus.  *See* 28

17   U.S.C. § 2254.  On May 13, 2011, the court set a briefing schedule on petitioner's February 11,

18   2011 petition.  Due to clerical error, however, the court was unaware that petitioner had filed an

19   amended petition on March 25, 2011, on which this action now proceeds.  *See* Dckt Nos. 11, 12.

20        Accordingly, IT IS HEREBY ORDERED that:

21        1.  The May 13, 2011 briefing schedule is vacated.

22        2.  Respondent shall file and serve either an answer or a motion in response to

23   petitioner's amended application within 60 days from the date of this order. See Rule 4, Fed. R.

24   Governing § 2254 Cases. Any response shall be accompanied by any and all transcripts or other

25   documents relevant to the determination of the issues presented in the application. See Rules 4,

26   5, Fed. R. Governing § 2254 Cases.

1

3. Petitioner's reply, if any, shall be filed and served within 30 days of service of an answer.

4. If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within 30 days of service of the motion, and respondents' reply, if any, shall be filed within 14 days thereafter.

Dated:  July 6, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE